**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6174**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

MARTIN  BRAMSON,  a/k/a  John  Taylor,  a/k/a
Hubert Riley, a/k/a Hans Martin, a/k/a Marty
Martin,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CR-92-318, CA-99-335-JFM)

---

Submitted:  July 13, 2000              Decided:  July 21, 2000

---

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Martin Bramson, Appellant Pro Se.  Carmina Szunyog Hughes, Assis-
tant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Martin Bramson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. We note that Bramson's improper venue claim, although jurisdictional in nature, is waived by Bramson's failure to raise it at trial. See United States v. Melia, 741 F.2d 70, 71 (4th Cir. 1985). Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See United States v. Bramson, Nos. CR-92-318; CA-99-335-JFM (D. Md. Nov. 30, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on November 29, 1999, the district court's records show that it was entered on the docket sheet on November 30, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).